1  **ALEXANDER KRAKOW + GLICK LLP**
   Marvin E. Krakow (SB No. 81228)
2  Michael S. Morrison (State Bar No. 205320)
   401 Wilshire Boulevard, Suite 1000
3  Santa Monica, California 90401
   T: 310 394 0888 | F: 310 394 0811
4  E: mkrakow@akgllp.com; mmorrison@akgllp.com

5  HURWITZ, ORIHUELA & HAYES, LLP
   Cory H. Hurwitz (Bar No. 222026)
6       chh@hohlawyers.com
   Douglas B. Hayes (Bar No. 232709)
7       dbh@hohlawyers.com
   10 Universal City Plaza, 20th Floor
8  Universal City, CA 91608
   Telephone: (818) 753-2381
9  Facsimile: (818) 753-2382

10 Attorneys for Plaintiff LYNN ODRICK individually,
   on behalf of all others similarly situated, and the general public
11

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15
   LYNN ODRICK, an individual, on behalf          Case No: CV 10 5565
16 of all others similarly situated and the
   general public,                                **JOINT STIPULATION TO SELECT**
17                                                **PRIVATE MEDIATION AS ADR**
                                                  **OPTION; ORDER**
18

19      Plaintiff,

20      vs.

21 UNIONBANCAL CORPORATION, a
   Corporation, UNION BANK, N.A., a
22 corporation, and DOES 1-10,

23      Defendants.

24

25

26

27

28

                                         0
   **JOINT STIPULATION TO SELECT PRIVATE MEDIATION AS ADR OPTION; ORDER**

1  WHEREAS, on February 22, 2011, the Parties filed the Stipulation and
2  [Proposed] Order Selecting ADR Process;
3  WHEREAS, the Parties inadvertently checked the "Mediation (ADR L.R. 6)" Box
4  under "Court Processes" in addition to selecting the "Private ADR" box under "Private
5  Process";
6  WHEREAS, the Parties wish to proceed with a private mediation and opt-out of
7  the Court Process, ADR L.R. 6 Mediation.

9  IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES
10 THROUGH THEIR COUNSEL OF RECORD THAT:
11 The Parties will participate in a private mediation as their selected ADR process
12 and opt-out of the Court Process, ADR L.R. 6 Mediation.

14 Dated: March __, 2011                ALEXANDER KRAKOW + GLICK LLP

16                                      By: _____
                                            Michael Morrison
17                                          Attorney for Plaintiff
                                            Lynn Odrick

18 Dated: March __, 2011                SEYFARTH SHAW LLP

20                                      By: _____
                                            Eric Steinert
21                                          Attorney for Defendants

22                         **ORDER**
23 PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
24 Dated: _3/30/11                       _____
                                         Hon. Saundra B. Armstrong
25                                       District Court Judge

1
**JOINT STIPULATION TO SELECT PRIVATE MEDIATION AS ADR OPTION;  ORDER**