1  SEYFARTH SHAW LLP
   Eric M. Steinert, State Bar No. 168384
2  Justin T. Curley, State Bar No. 233287
   560 Mission Street, Suite 3100
3  San Francisco, California  94105
   Telephone: (415) 397-2823; Facsimile: (415) 397-8549
4  E-mail: esteinert@seyfarth.com; jcurley@seyfarth.com

5  Attorneys for Defendants
   UNIONBANCAL CORPORATION
6  and UNION BANK, N.A.

7  ALEXANDER KRAKOW + GLICK LLP
   Marvin E. Krakow, State Bar No. 81228
8  Michael S. Morrison, State Bar No. 205320
   401 Wilshire Boulevard, Suite 1000
9  Santa Monica, California  90401
   Telephone: (310) 394-0888; Facsimile: (310) 394-0811
10 E-mail: mkrakow@akgllp.com; mmorrison@akgllp.com

11 HURWITZ, ORIHUELA & HAYES LLP
   Cory H. Hurwitz, State Bar No. 222026
12 Douglas B. Hayes, State Bar No. 232709
   10 Universal City Plaza, 20th Floor
13 Universal City, California  91608
   Telephone: (818) 753-2381; Facsimile: (818) 753-2382
14 E-mail: chh@hohlawyers.com; dbh@hohlawyers.com

15 Attorneys for Plaintiff
   LYNN ODRICK

16

17                      UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
18                              OAKLAND DIVISION

19 LYNN ODRICK, an individual, on behalf of   )   Case No. 10-CV-5565-SBA
   all others similarly situated and the general )
20 public,                                     )   **STIPULATION TO AMEND BRIEFING**
                                               )   **AND HEARING DATES FOR**
21                Plaintiff,                   )   **PLAINTIFF'S MOTION FOR CLASS**
                                               )   **CERTIFICATION AND ORDER**
22        v.                                   )
                                               )
23 UNIONBANCAL CORPORATION, a                  )
   Corporation, UNION BANK, N.A., a            )
24 corporation, and DOES 1-10,                 )
                                               )
25                Defendants.                  )
                                               )
26 _____

27

28

                                        1.
   STIP. TO AMEND SCHEDULE AND [PROPOSED] ORDER                  Case No. 10-CV-5565-SBA

1        Plaintiff LYNN ODRICK ("Plaintiff") and Defendants UNION BANK, N.A. and
2   UNIONBANCAL CORPORATION ("Defendants") (collectively, "the Parties"), by and through
3   their respective counsel, hereby stipulate as follows respecting an amended briefing schedule and
4   hearing date for Plaintiff's Motion for Class Certification pursuant to Rule 23 of the Federal
5   Rules of Civil Procedure 23 and 29 U.S.C. § 216(b) ("Motion"):
6        WHEREAS, the Parties participated in a private mediation on September 26, 2011, and,
7   the Parties are currently considering a mediator's proposal;
8        WHEREAS, Plaintiff now seeks to amend her complaint to add new named plaintiffs;
9        WHEREAS, Defendants will need to conduct individual discovery on the new plaintiffs
10  before filing their opposition to Plaintiff's Motion;
11       WHEREAS, Plaintiff also needs to conduct several Rule 30(b)(6) depositions in advance
12  of filing her Motion;
13       WHEREAS, defense counsel had an arbitration scheduled this month that hindered
14  scheduling Rule 30(b)(6) depositions in October;
15       WHEREAS, due to complexity of the issues in this hybrid Rule 23/§ 216(b) action,
16  Defendants require more time than the two-week turnaround currently provided to prepare an
17  opposition to Plaintiff's Motion;
18       WHEREAS, Plaintiff's Motion is currently due November 1, 2011, Dkt. No. 22;
19       WHEREAS, Defendants' opposition to Plaintiff's Motion is currently due November 15,
20  2011;
21       WHEREAS, Plaintiff's reply brief in support of her Motion is currently due November
22  22, 2011, Dkt. No. 22;
23       WHEREAS, Plaintiff's Motion is currently set for hearing before this Court on December
24  13, 2011 at 1:00 p.m., Dkt. No. 22;
25       WHEREAS, counsel for the parties have planned vacations in December 2011; and
26       WHEREAS, defense counsel has a two-week trial scheduled in mid-February 2012.
27
28

1       NOW THEREFORE, it is hereby stipulated and agreed by the Parties as follows:

2       1.      The Parties shall file a stipulation to amend the complaint to add the new

3  plaintiffs by November 11, 2011;

4       2.      Plaintiff's Motion will be due on March 1, 2012;

5       3.      Defendants' opposition to Plaintiff's Motion will be due on March 29, 2012;

6       4.      Plaintiff's reply brief in support of her Motion will be due on April 12, 2012; and

7       5.      All other dates in this case shall remain the same.

8       NOW THEREFORE, the Parties request that the Court reset the December 13, 2011

9  hearing on Plaintiffs' Motion to **May 3, 2012** or the first available hearing date thereafter.

10      IT IS SO STIPULATED.

11  DATED: October 11, 2011                    SEYFARTH SHAW LLP

                                               By _____s/ Eric M. Steinert_____
                                                        Eric M. Steinert
                                                        Justin T. Curley

                                               Attorneys for Defendants
                                               UNIONBANCAL CORPORATION
                                               and UNION BANK, N.A.

18  DATED: October 11, 2011                    ALEXANDER KRAKOW + GLICK LLP

                                               By _____s/ Michael S. Morrison_____
                                                        Marvin E. Krakow
                                                        Michael S. Morrison

                                               HURWITZ, ORIHUELA & HAYES LLP

                                               By _____s/ Douglas B. Hayes_____
                                                        Cory H. Hurwitz
                                                        Douglas B. Hayes

                                               Attorneys for Plaintiff
                                               LYNN ODRICK

3.

STIP. TO AMEND SCHEDULE AND [PROPOSED] ORDER                    Case No. 10-CV-5565-SBA

# ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Parties shall file a stipulation to amend the complaint to add the new plaintiffs by November 11, 2011;

2. Plaintiff's Motion for Class Certification shall be due on March 1, 2012;

3. Defendants' opposition to Plaintiff's Motion for Class Certification shall be due on March 29, 2012;

4. Plaintiff's reply brief in support of her Motion for Class Certification shall be due on April 12, 2012; and

5. Plaintiff's Motion for Class Certification shall be heard on **May 8, 2012 at 1:00 p.m.**.

IT IS SO ORDERED.

Dated: 10/12/11

_____
Hon. Saundra Brown Armstrong