**ALEXANDER KRAKOW + GLICK LLP**
Marvin E. Krakow (SB No. 81228)
Michael S. Morrison (State Bar No. 205320)
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
T: 310 394 0888 | F: 310 394 0811
E: mkrakow@akgllp.com; mmorrison@akgllp.com

HURWITZ, ORIHUELA & HAYES, LLP
Douglas B. Hayes (Bar No. 232709)
    dbh@hohlawyers.com
Cory Hurwitz (Bar No. 222026)
    no@hohlawyers.com
10 Universal City Plaza, 20th Floor
Universal City, CA 91608
Telephone: (818) 753-2381
Facsimile: (818) 753-2382

Attorneys for Plaintiff LYNN ODRICK individually,
on behalf of all others similarly situated, and the general public

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN ODRICK, an individual, on behalf of all others similarly situated and the general public, <br><br> Plaintiff, <br><br> vs. <br><br> UNIONBANCAL CORPORATION, a Corporation, UNION BANK, N.A., a Corporation, and DOES 1 – 10, <br><br> Defendants. | Case No. CV 10 5565 <br><br> **NOTICE OF SETTLMENT OF ENTIRE ACTION** |

1  TO HONORABLE MARIA-ELENA JAMES:

2  PLEASE TAKE NOTICE THAT the parties have reached a settlement in this

3  action. The parties therefore request that the November 7, 2011, settlement

4  conference be taken off calendar.

5  Dated: November 2, 2011                HURWITZ, ORIHUELA, & HAYES LLP

By:   /s/Michael Morrsion
Michael Morrison
Attorneys for Lynn Odrick individually
and on behalf of all others

The court vacates the settlement conference scheduled for November 7, 2011 at 9:30 a.m.

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: November 3, 2011

## CERTIFICATE OF SERVICE

      I, Michael S. Morrison, an employee of the City of Santa Monica, certify that on November 2, 2011, caused a true and correct copy of the foregoing **NOTICE OF SETTLEMENT OF ENTIRE ACTION** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

| | |
|---|---|
| **_Counsel for Defendants_**<br>Eric M. Steinert, Esq.<br>Justin T. Curley, Esq.<br>SEYFARTH SHAW LLP<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>T: 415 397 2823 \| F: 415 397 8549<br>E: esteinert@seyfarth.com<br>E: jcurley@seyfarth.com | |

      The aforementioned document(s) have been served by mail on the following parties:

**_Co-Counsel for Plaintiffs_**
Cory H. Hurwitz, Esq.
Douglas B. Hayes, Esq.
Hurwitz Orihuela & Hayes, LLP
10 Universal City, 20th Floor
Universal City, California 91608
T: 818 753 2381\| F: 818 753 2382
E: chh@hohlawyers.com \| E: dbh@hohlawyers.com

                                                    ALEXANDER KRAKOW + GLICK LLP

                                                      /s/
                                              MICHAEL S. MORRISON
                                              401 Wilshire Boulevard, Suite 1000
                                              Santa Monica, CA 90401
                                              Attorneys for Plaintiff LYNN ODRICK
                                              individually, on behalf of all others similarly
                                              situated, and the general public