# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LYNN ODRICK, an individual, on behalf of all others similarly situated and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>UNIONBANCAL CORPORATION, a Corporation, UNION BANK, N.A., a corporation, and DOES 1-10<br><br>Defendants. | Case No. CV 10 5565 SBA<br><br>Assigned to the Hon. Saundra Brown Armstrong<br>Filed: December 8, 2010<br>Courtroom 1<br><br>**ORDER RE: STIPULATION TO EXTEND THE DEADLINE TO FILE PLAINTIFF'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND AN INCENTIVE AWARD FROM AUGUST 1, 2012 TO AUGUST 24, 2012**<br><br>Date: November 6, 2012<br>Time: 1:00 pm<br>Courtroom: 1 |

ALEXANDER KRAKOW + GLICK LLP

0

Having reviewed the Stipulation to Extend the Deadline to File Plaintiff's Application for an Award of Attorneys' Fees, Costs, and an Incentive Award from August 1, 2012 to August 24, 2012, and find good cause appearing, the Court HEREBY ORDERS AS FOLLOWS:

1. The current August 1, 2012 deadline for Plaintiff to file her motion for attorneys fees, costs' and incentive award for the Plaintiff is VACATED; and

2. The Court will extend the deadline for Plaintiff to file her motion for attorneys fees, costs' and incentive award for the Plaintiff until August 24, 2012.

IT IS SO ORDERED.

Dated: 8/1/12

_____
Hon. Saundra Brown Armstrong
United States District Court Judge
Northern District of California

---

1
ORDER RE: STIPULATION TO EXTEND DEADLINE TO FILE APPLICATION FOR ATTORNEYS' FEES    Case No. 10-cv-5565-SBA