UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LYNN ODRICK, an individual, on behalf of all others similarly situated and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>UNIONBANCAL CORPORATION, a Corporation, UNION BANK, N.A., a corporation, and DOES 1-10<br><br>Defendants. | Case No. CV 10 5565 SBA<br><br>Assigned to the Hon. Saundra Brown Armstrong<br>Filed: December 8, 2010<br>Courtroom 1<br><br>**ORDER RE: STIPULATION TO CONTINUE FINAL APPROVAL HEARING FROM NOVEMBER 21, 2012 TO NOVEMBER 27, 2012** |

Having reviewed the Stipulation to Continue Final Approval Hearing from November 21, 2012 to November 27, 2012, and finding good cause appearing, the Court HEREBY ORDERS AS FOLLOWS:

1. The Final Approval hearing shall be continued from November 21, 2012 at 1:00 pm to November 27, 2012, at 1:00 pm.

IT IS SO ORDERED.

Dated: _11/8/12

Hon. Saundra Brown Armstrong
United States District Court Judge
Northern District of California